# United States Bankruptcy Court
### Eastern District of California

In re    Mimi Melinda Riley                                    Case No.   09-38458-C-7

Debtor(s)                Chapter   7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Summary of Schedules, Schedule A**

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   11-2-09

**David M. Howard**
Attorney for Debtor(s)
**HENDERSON & HOWARD**
641-643 Flume Street
Chico, CA 95928
(530) 899-5100 Fax:(530) 899-5105